## U. S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF VIRGINIA
### 116 N Main St., Room 223, Harrisonburg, VA 22802
### (540) 434-8327

In Re:

EDGAR MITCHELL BURKE

*Debtor(s)*

Case No. 13-51310
Chapter 13

EDGAR MITCHELL BURKE

*Plaintiff(s)*
v.
ONEMAIN FINANCIAL, INC

Adversary No. 13-05061

*Defendant(s)*

### SUMMONS AND NOTICE OF PRE-TRIAL CONFERENCE

To the above-named defendant(s):

You are hereby summoned and required to serve upon H DAVID COX, COX LAW GROUP, PLLC, 900 LAKESIDE DRIVE, LYNCHBURG, VA 24501, either a motion or an answer to the complaint which is now served upon you.

If you elect to respond first by motion, as you may pursuant to Bankruptcy Rule 7012, that rule governs the time within which your answer must be served. Otherwise, you are required to serve your answer upon Plaintiff's attorney within 30 days of the date of issuance of this summons by the clerk except that the United States, or an office or agency thereof, shall serve an answer to the complaint within 35 days after the date of issuance of the summons unless otherwise directed below.

The motion or answer served by you must be filed with this court either before service or within a reasonable time after service. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS SUMMONS, JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED BY THE COMPLAINANT.

ALL DOCUMENTS REGARDING THIS MATTER MUST BE IDENTIFIED BY BOTH ADVERSARY AND BANKRUPTCY CASE NUMBERS.

YOU ARE HEREBY NOTIFIED THAT A PRE-TRIAL CONFERENCE WITH RESPECT TO THIS COMPLAINT HAS BEEN SET FOR: FEBRUARY 6, 2014 AT 11:15 AM BY TELEPHONE CONFERENCE CALL. ALL PARTIES TO DIAL IN TO COURT CONFERENCE NUMBER 540-769-8744.

s/ JOHN W. L. CRAIG, II, Clerk



Date of issuance: DECEMBER 23, 2013

spch.frm

BK 116
(9/00)

Adversary Proceeding No. __13-05061_____

## CERTIFICATION OF SERVICE

I, __H. DAVID COX_____ of ** __COX LAW GROUP__
__PLLC_____ certify:

That I am, and at all times hereinafter mentioned, was more than 18 years of age;
That on the __3rd__ day of __JANUARY__, 20__14__, I served a copy of the within
Summons and Notice of Trial (or Pretrial Conference), together with the complaint filed in the proceeding, on:

__JANUARY 3rd, 2014__

the defendant(s) in this proceeding, by (describe here the mode of service):

__USPS FIRST CLASS MAIL (unless otherwise indicated)__

the said defendant(s) at:

__Please see attached Service list.__

I certify under penalty of perjury that the foregoing is true and correct.

Executed on __1/3/14__ _____
             (Date)              (Signature)

**State mailing address
------------------------------------------------------------

It is the Court's desire to minimize the amount of time required of counsel and therefore the expense to the parties to comply with the requirements of the Court and the needs of the matter to be considered. Accordingly, if any counsel prefers that the pre-trial conference be conducted by means of conference telephone call, such counsel should contact other counsel to see if there is agreement to such effect and, if so, for Judge Connelly's cases contact the Harrisonburg Clerk's office at (540) 434-8327 or for Judge Stone's cases contact his chambers at (540) 857-2394, as may be applicable to arrange a mutually convenient date and time for such a call.

The ground rules are as follows:

1. Except for good cause shown, such conference call for the initial pre-trial conference will be subject to the unanimous agreement of counsel and will only be available where all parties are represented by counsel.

2. Counsel must agree on which of them will be responsible to initiate the call and shall so advise the Judges' office at the time of the call.

3. Such calls, except for good cause shown and unless prior arrangements are made, will be conducted without a court reporter. Should counsel wish a record of any conference call, counsel must arrange for a court reporter.

csks.frm

## SERVICE LIST

Onemain Financial, Inc.
c/o Registered Agent CT Corporation System
4701 Cox Road, Suite 285
Glen Allen, VA 23060

Onemain Financial, Inc.
P O Box 183172
Columbus OH 43218

Onemain Financial, Inc.
c/o Betty C. Cherry, Bankruptcy Specialist III
6400 Las Colinas Blvd
Irving, Texas  75039